UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISIANA ENVIRONMENTAL ACTION NETWORK, PEOPLE CONCERNED ABOUT CHEMICAL SAFETY, and SIERRA CLUB,<br><br>      Plaintiffs,<br> v.<br><br>MICHAEL S. REGAN, in his official capacity as Administrator, U.S. Environmental Protection Agency,<br><br>      Defendant. | Case No. 1:23-cv-2714 (DLF) |

**JOINT MOTION TO ENTER CONSENT DECREE**

The parties jointly move for the Court to enter the attached consent decree.

On September 18, 2023, Plaintiffs filed a complaint under section 304(a) of the Clean Air Act ("CAA"), 42 U.S.C. § 7604(a), in the United States District Court for the District of Columbia seeking declaratory and injunctive relief and attorneys' fees and costs. The complaint alleged Defendant failed to review and revise the National Emission Standards for Hazardous Air Pollutants ("NESHAP") for the Polyether Polyols Production ("PEPO") source category, 40 C.F.R. Part 63, Subpart PPP no less often than every eight years as mandated by Clean Air Act § 112(d)(6). *See* 42 U.S.C. § 7412(d)(6). On December 7, 2023, Plaintiffs amended their complaint to add a Clean Air Act section 304(a) unreasonable delay allegation. *See* 42 U.S.C. § 7604(a). Plaintiffs alleged Defendant's inaction on Plaintiffs Louisiana Environmental Action Network and

1

Sierra Club's 2014 petition for reconsideration ("Reconsideration Petition") of *National Emission Standards for Hazardous Air Pollutant for Emissions: Group IV Polymers and Resins; Pesticide Active Ingredient Production; and Polyether Polyols Production,* 79 Fed. Reg. 17,340 (Mar. 27, 2014) ("2014 NESHAP Rule") is unreasonable.  On June 24, 2024, Defendant published a proposed rule acting on the Reconsideration Petition to the extent that it seeks reconsideration of the affirmative defense provisions for the 2014 NESHAP Rule and other rules.  *See* 89 Fed. Reg. 52,425.

The Consent Decree provides the following, among other things:

- On or before December 10, 2024, Defendant must sign:
    - a final rule acting on the Reconsideration Petition as to the affirmative defense provisions for the 2014 NESHAP Rule for the PEPO source category.
    - a proposed rule acting on its review of the NESHAP for the PEPO source category; and
    - a proposed rule acting on all remaining issues in the Reconsideration Petition for the 2014 NESHAP Rule for the PEPO source category.
- On or before December 10, 2025, Defendant must sign:
    - a final rule acting on its review of the NESHAP for the PEPO source category; and
    - a final rule acting on all remaining issues in the Reconsideration Petition for the 2014 NESHAP Rule for the PEPO source category.

*See* Exhibit A, ¶¶ 2-4.

The parties agree that the Consent Decree is an adequate and equitable resolution of the claims in the amended complaint.  *See* Exhibit A, *Whereas* Section.  Further, the public notice and comment process is now complete, and no significant comments were received.  As a result, the Court should find that the attached Consent Decree is fair, reasonable, in the public interest, and consistent with the Clean Air Act, 42 U.S.C. §§ 7401 *et seq*.

Accordingly, the parties respectfully request that the Court enter the attached Consent Decree.

Dated:  October 18, 2024

                                                Respectfully submitted,

                                                */s/ Shari Howard*
Shari Howard
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-9407
Fax: (202) 514-8865
shari.howard@usdoj.gov

*Counsel for Defendant*

                                                */s/ Adrienne Y. Lee*
Adrienne Y. Lee
Adam Kron
Earthjustice
1001 G St. NW, Suite 1000
Washington, D.C. 20001
(202) 734-7008
alee@earthjustice.org
akron@earthjustice.org

*Counsel for Plaintiffs*