UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISIANA ENVIRONMENTAL ACTION NETWORK, PEOPLE CONCERNED ABOUT CHEMICAL SAFETY, and SIERRA CLUB,<br><br>                Plaintiffs,<br>     v.<br><br>MICHAEL S. REGAN, Administrator, U.S. Environmental Protection Agency, in his official capacity,<br><br>                Defendant. | Case No. 1:23-cv-2714 (DLF) |

**NOTICE OF STIPULATION**

On November 22, 2024, the Court approved and entered a consent decree setting certain deadlines for the United States Environmental Protection Agency ("EPA") related to the promulgation of proposed and final rules for the National Emission Standards for Hazardous Air Pollutants ("NESHAP") for the Polyether Polyols Production source category, 40 C.F.R. Part 63, Subpart PPP.  ECF No. 19.  Paragraph 7 of the Consent Decree states "the deadlines established by this consent decree, including the periods set forth in Paragraphs 2 through 6, may be extended (a) by written stipulation of the Parties with notice to the Court."  ECF No. 19 ¶ 7.  The attached Stipulation is the parties' written agreement to extend EPA's December 10, 2024 deadline to "sign a final rule taking action on [Plaintiffs' 2014 petition for reconsideration] to the extent that it seeks reconsideration of the affirmative defense provisions related to the 2014 NESHAP for the

1

Polyether Polyols Production source category, 40 C.F.R. Part 63, Subpart PPP," ECF No. 19 ¶ 2, to September 10, 2025.

For Plaintiffs

    /s/ Adrienne Y. Lee
Adrienne Y. Lee (D.C. Bar No. 1742666)
Adam Kron (D.C. Bar No. 992135)
EARTHJUSTICE
1001 G Street NW, Suite 1000
Washington, D.C. 20001
(202) 667-4500
akron@earthjustice.org
alee@earthjustice.org

*Counsel for Louisiana Environmental Action Network, People Concerned About Chemical Safety, and Sierra Club*

Dated: 12/10/2024

For Defendant

Todd Kim
Assistant Attorney General

    /s/ Shari M. Howard
Shari Howard
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Tel: (202) 598-9407
shari.howard@usdoj.gov

Dated: 12/10/2024