# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LOUISIANA ENVIRONMENTAL ACTION NETWORK, PEOPLE CONCERNED ABOUT CHEMICAL SAFETY, and SIERRA CLUB,<br><br>        *Plaintiffs*,<br><br>  v.<br><br>LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency,<br><br>        *Defendant*. | No. 1:23-cv-2714-DLF |

## JOINT STATUS REPORT AND MOTION TO EXTEND PLAINTIFFS' TIME FOR FILING MOTION FOR COSTS OF LITIGATION (INCLUDING ATTORNEYS' FEES)

Pursuant to the Court's order dated November 22, 2024, granting the Parties' Joint Motion to Enter Consent Decree, Plaintiffs Louisiana Environmental Action Network, People Concerned About Chemical Safety, and Sierra Club ("Plaintiffs") and Defendant Lee Zeldin, in his official capacity as Administrator of the U.S. Environmental Protection Agency ("EPA"),[1] hereby file a status report informing the Court whether the Parties intend to litigate any motion for attorneys' fees. The Parties also respectfully and jointly move that the Court extend the date by when Plaintiffs may file a motion for costs of litigation (including reasonable attorneys' fees) to May 30, 2025.

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Administrator Lee Zeldin is automatically substituted as a party in this case.

In support of this joint status report and motion, the Parties state:

1. Pursuant to the Consent Decree, the current deadline for Plaintiffs to file a motion for costs and fees is no later than 90 days after the entry of the Consent Decree: February 20, 2025. Consent Decree, ECF No. 19 ¶ 20.

2. On January 28, 2025, the Parties executed an agreement to fully resolve Plaintiffs' claims for costs and attorneys' fees incurred prior to entry of the Consent Decree. The only remaining action is for the United States (on behalf of EPA) to make payment pursuant to this agreement. Upon Plaintiffs' receipt of this payment, it will not be necessary for the Parties to litigate any motion for costs and attorneys' fees.

3. The Parties' executed agreement requires the United States to make payment as soon as reasonably practicable and not later than within 120 days of the execution of the agreement: i.e., by May 28, 2025. If the United States does not make payment by May 28, 2025, the agreement provides that Plaintiffs' sole remedy would be to move this Court for costs and attorneys' fees.

4. The Parties request this extension because they wish to avoid unnecessary motions practice while allowing Plaintiffs to preserve their remedy for nonpayment. An extension that harmonizes the deadline for Plaintiffs to file a motion for costs and fees with the agreement's deadline for payment will provide the United States with sufficient time to make payment and avoid the need for Plaintiffs to file early to preserve their remedy.

5. The Parties have not previously sought an extension of Plaintiffs' deadline to move for costs and fees.

Therefore, and for good cause shown, the Parties respectfully request that this Court extend Plaintiffs' deadline for filing any motion for litigation costs and fees until May 30, 2025—two days after the United States' May 28, 2025, deadline to make payment under the Parties' executed agreement. Upon receipt of the United States' payment, Plaintiffs will promptly notify the Court that Plaintiffs' claims for costs of litigation and attorneys' fees are resolved.

Dated: February 3, 2025                     Respectfully submitted,

/s/ *Adam Kron*
Adam Kron (D.C. Bar No. 992135)
Adrienne Y. Lee (D.C. Bar No. 1742666)
Earthjustice
1001 G Street NW, Suite 1000
Washington, D.C. 20001
(202) 667-4500
akron@earthjustice.org
alee@earthjustice.org

*Counsel for Plaintiffs Louisiana Environmental Action Network, People Concerned About Chemical Safety, and Sierra Club*

/s/ *Shari Howard*
Shari Howard
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-9407
Fax: (202) 514-8865
shari.howard@usdoj.gov

*Counsel for Defendant*

3

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LOUISIANA ENVIRONMENTAL ACTION NETWORK, PEOPLE CONCERNED ABOUT CHEMICAL SAFETY, and SIERRA CLUB, | )<br>)<br>)<br>)<br>) |
| *Plaintiffs*, | ) |
| v. | ) No. 1:23-cv-2714-DLF<br>) |
| LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, | )<br>)<br>) |
| *Defendant*. | ) |

## [PROPOSED] ORDER

The Parties' joint motion, ECF No. 21, is GRANTED.

Plaintiffs' deadline to file a motion for costs of litigation (including attorneys' fees) is May 30, 2025.

It is so ORDERED.

DATED:_____        _____
                                                                    Hon. Dabney L. Friedrich
                                                                    United States District Judge