UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LOUISIANA ENVIRONMENTAL ACTION NETWORK, PEOPLE CONCERNED ABOUT CHEMICAL SAFETY, and SIERRA CLUB,<br><br>*Plaintiffs*,<br><br>v.<br><br>LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency,<br><br>*Defendant*. | No. 1:23-cv-2714-DLF |

**NOTICE OF RESOLUTION OF PLAINTIFFS' CLAIM FOR COSTS AND ATTORNEYS' FEES**

Plaintiffs hereby provide notice to the Court that Plaintiffs and Defendant Lee Zeldin, in his official capacity as Administrator of the United States Environmental Protection Agency ("EPA"), have resolved Plaintiffs' claims for costs and attorneys' fees incurred prior to entry of the Consent Decree. For this reason, Plaintiffs do not intend to file a motion for costs of litigation incurred prior to entry of the Consent Decree by today's deadline. *See* Minute Order (Feb. 3, 2025).

As last reported to the Court, the parties executed an agreement to resolve Plaintiffs' claims for costs of litigation on January 28, 2025. *See* ECF No. 21 ¶2. At the time of the parties' last filing, the only remaining action was "for the United States (on behalf of EPA) to make payment pursuant to this agreement." *Id.* Because Plaintiffs have since received full payment from the United States pursuant to the agreement, Plaintiffs do not intend to file a motion for costs of litigation incurred prior to entry of the Consent Decree.

Plaintiffs additionally note that, because EPA has not yet fulfilled the terms of the Consent Decree, this Court "shall retain jurisdiction to determine and effectuate compliance with this consent decree [and] to resolve any disputes thereunder." *See* Consent Decree, ECF No. 19, at ¶¶ 4, 11 (providing deadline of December 10, 2025, for "a final rule on [EPA's] review of the NESHAP for the Polyether Polyols Production source category" and "a final rule taking action on all [remaining reconsideration] issues related to the 2014 NESHAP for the Polyether Polyols Production source category"); Minute Order (Dec. 10, 2024) (providing deadline of September 10, 2025, for EPA "sign a final rule taking action on the Reconsideration Petition to the extent that it seeks reconsideration of the affirmative defense provisions").

Dated: May 30, 2025

Respectfully submitted,

/s/ *Adam Kron*
Adam Kron (D.C. Bar No. 992135)
Adrienne Y. Lee (D.C. Bar No. 1742666)
Earthjustice
1001 G Street NW, Suite 1000
Washington, D.C. 20001
(202) 667-4500
akron@earthjustice.org
alee@earthjustice.org

*Counsel for Plaintiffs Louisiana Environmental Action Network, People Concerned About Chemical Safety, and Sierra Club*